UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ORTEGA, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOYAL SOURCE GOVERNMENT SERVICES LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 20cv1173-LAB (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE ENE**<br><br>**[ECF No. 15]** |

Before the Court is the parties' joint motion to continue the Early Neutral Evaluation Conference ("ENE"), currently set for August 10, 2020. ECF No. 15. This case is one of two cases filed by Plaintiff against Defendants, and the two cases have been related. *See Ortega v. Loyal Source Government Services LLC*, Case No. 20cv879-LAB (NLS). The parties have filed a motion to consolidate, currently pending before the Court. ECF No. 14. In addition, the parties state that they are scheduled for a mediation for both cases on September 29, 2020. ECF No. 15 at 2. In light of the overlap between the two cases, the parties request that the Court continue the ENE. *Id.* at 2-3.

Good cause appearing, the Court **GRANTS** the motion. The ENE is **VACATED**,

1  to be reset pending mediation. Within **3 days** after the mediation, the parties are to file a
2  joint status report with the Court.
3       **IT IS SO ORDERED.**
4  Dated: August 3, 2020

Hon. Nita L. Stormes
United States Magistrate Judge